■ The People of the State of New York, Respondent, v Albert Vozzo, Appellant. [665 NYS2d 342] —Appeal from a judgment of the County Court of Rensselaer County (McGrath, J.), rendered January 22, 1996, convicting defendant upon his plea of guilty of the crime of sexual abuse in the first degree.

Defendant pleaded guilty to sexual abuse in the first degree in full satisfaction of a 10-count indictment charging him with various crimes in connection with incidents occurring between February 14, 1995 and February 28, 1995 in the Village of Hoosick Falls, Rensselaer County. Defendant was sentenced to a prison term of 2 to 6 years, which he now challenges as harsh and excessive.

We find that the sentence imposed is appropriate as it is in accordance with the negotiated plea agreement and is well within the statutory parameters. Moreover, we find no extraordinary circumstances which would warrant reduction of the sentence (*see, People v Donovan*, 234 AD2d 812, *lv denied* 89 NY2d 942). Accordingly, the judgment is affirmed.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of Keisha XX., an Infant. Gerald I., Respondent; Scott J., Appellant. [665 NYS2d 342] —Appeal from an order of the Family Court of Rensselaer County (Griffin, J.), entered July 29, 1996, which granted petitioner's application, in a proceeding pursuant to Domestic Relations Law article 7, for adoption of Keisha XX.

Order affirmed, upon the opinion of Judge Linda C. Griffin.

Cardona, P. J., Mercure, Peters, Spain and Carpinello, JJ., concur. Ordered that the order is affirmed, without costs.